# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JANE DOE, a minor,

    Plaintiff,

    v.                        Case No. 09-C-1089

DAN GALSTER, SCHOOL DISTRICT
OF ELMBROOK, and MATTHEW W. GIBSON,

    Defendants.

## COURT MINUTES OF TELEPHONE STATUS CONFERENCE

### HONORABLE PATRICIA J. GORENCE PRESIDING

DATE: 1/12/12 at 2:30 p.m.        DEPUTY CLERK: MLM

TIME COMMENCED: 2:34:25        TIME CONCLUDED: 3:03:37

TAPE/FOOTAGE:                      COURT REPORTER:

APPEARANCES:

    PLAINTIFF - Andrea Farrell
        Bridget E. Boyle-Saxton, as the guardian ad litem

    DEFENDANT - Jeffrey A. Schmeckpeper

NOTES:
Court discusses with counsel Mr. Schmeckpeper's letter of 1/11/12 regarding letters sent to the parents of non-party students.
Court received letters from two of the parents.
Plaintiff wants records disclosed and defendants want the records disclosed.
Defendant to send a copy of the notices to the court via regular mail and they will be filed under seal.
Attorney Boyle has no position with respect to the records.
Parents giving opportunity to file objections.
Court: Both the plaintiff and defendants to submit a short statement of why they think these

records should be disclosed, in light of the fact that two of the parents are objecting and any suggestions as to how this issue is going to be best resolved.  Can be jointly or separately filed and is due by 1/26/2012.
Court discusses with counsel status and scope of discovery.
Parties may exceed the 10 deposition limit.
The issue regarding electronic discovery has been taken care of by the parties.
Protective Order takes care of privileged documents.
Plaintiff to disclose liability experts by: 7/1/2012.
Defendants' to disclose liability experts and depose plaintiff's experts by 9/1/12.
Plaintiff to depose defendants' liability experts by:  10/15/12
Discovery deadline: 10/31/2012
Summary Judgment motions due by 12/6/12; opposing party's response due by 1/15/13; reply brief due by 1/31/13.
Telephone status conference set for 11/1/2012 at 2:00 p.m.
Court advises counsel the availability of mediation with one of the other magistrate judges.
Court advises counsel if questions come up during depositions, counsel can contact the court.